**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JAY P. DRESSER, *On Behalf of Employees of ATT&T and Time Warner*, <br><br> Plaintiff, <br><br> v. <br><br> AT&T, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-00248-JDL <br> ) <br> ) <br> ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate, Judge John C. Nivison, filed his Recommended Decision (ECF No. 6) with the Court on September 5, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2018), recommending that the Plaintiff's complaint be dismissed without prejudice for failure to prosecute. The time within which to file objections expired September 19, 2018, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Plaintiff's complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED.**  Dated this 11th day of October, 2018.

                                                **/s/ Jon D. Levy**
                                                **U.S. DISTRICT JUDGE**